# United States Bankruptcy Court
## Central District of California
Riverside
Judge Wayne Johnson, Presiding
Courtroom 304 Calendar

Thursday, July 07, 2016      Hearing Room   304

11:30 AM
6:16-15954    **John Donald Mendez**      Chapter 13

#24.09    Hrg re status conference

Docket    0

**Matter Notes:**

PRESENT:    Debtor(s): _____

_____, for creditor: _____

( )    No further status conference shall occur. Debtors should review again the order setting this status conference to insure full compliance with its provisions.

( )    The status conference is continued to _____, 2015 at 11:45 a.m.

(X)    The Court previously entered an order in this case setting an initial status conference in this chapter 13 case and directing the debtor(s) to appear today but no one did so. Accordingly, as discussed in the order setting the status conference, this bankruptcy case is hereby dismissed with a 180 day bar to re-filing any other bankruptcy case, pursuant to 11 U.S.C. § 109(g)(1).

( )    For the reasons stated on the record, the Court hereby dismisses this case with no bar to refiling pursuant to 11 U.S.C. §§ 105, 1307 & 109(g), the inherent power of the court and the provisions of the order setting this status conference. The dismissal of this bankruptcy case does not prevent the filing of another case by the debtor(s).

( )    _____

## United States Bankruptcy Court
### Central District of California
Riverside
Judge Wayne Johnson, Presiding
Courtroom 304 Calendar

Thursday, July 07, 2016     Hearing Room    304

**11:30 AM**
**CONT...**    **John Donald Mendez**      **Chapter 13**
Tentative Ruling:
- NONE LISTED -

### Party Information

**Debtor(s):**

John Donald Mendez     Pro Se

**Trustee(s):**

Rod (WJ) Danielson (TR)     Pro Se